<u>UNITED STATES DISTRICT COURT</u>
<u>SOUTHERN DISTRICT OF NEW YORK</u>

Dear Judge:

**Re: Motion to Proceed Pseudonymously**

Your Honor,

I am currently an aspiring young professional in New York State. I file this motion to protect my present focus and future aspirations from unnecessary and unwelcome distractions to my professional and academic goals.

My Complaint includes sensitive health information regarding a sexual assault, and medical and psychiatric treatment for these assaults, which could have deleterious consequences if this information became public record.

Further, my assailants and the institutions that enabled them have many outstanding legal resources with which they can retaliate against me.

These factors taken together serve the basis for my motion to proceed pseudonymously.

I wish to litigate the facts of this case without the potential frenzy of media attention that sexual assault cases usually warrant.

Lastly, due to my race and sexual orientation (as an openly gay African-American male), I fear retaliation and reproach from an unscrupulous public if this information was to extend into my fledgling professional life and beyond the confines of this matter.

For these reasons, I seek accommodation from the court with this motion to file pseudonymously.

Respectfully submitted,

John Doe


July 2, 2023