UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>  v.<br><br>Columbia University, et al.,<br><br>    Defendants. | 23-CV-10393 (DEH)<br><br>ORDER |
| John Doe,<br><br>    Plaintiff,<br><br>  v.<br><br>Marcus Jeremy Hunter, et al.,<br><br>    Defendants. | 23-CV-10394 (DEH)<br><br>ORDER |
| John Doe,<br><br>    Plaintiff,<br><br>  v.<br><br>Neel H. Kachalia, et al.,<br><br>    Defendants. | 23-CV-10395 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 3, 2025, Plaintiff filed a motion to alter or amend the Court's judgment in these three related cases, Nos. 23 Civ. 10393, 23 Civ. 10394, and 23 Civ. 10395. *See* ECF No. 64.[1] Plaintiff's motion is now fully briefed and adjudicated. *See* ECF No. 67.

---

[1] The Court will cite to the docket in Case No. 23 Civ. 10393.

After Plaintiff filed his Reply in support of his motion to amend the judgment on the public docket, *see* ECF No. 66, Defendant Columbia University moved for leave to seal the publicly filed version of Plaintiff's Reply and filed a version of the Reply with proposed redactions.  *See* ECF Nos. 68-70.  The Court granted Columbia's request to seal the originally filed Reply (ECF No. 66) and to file the redacted version of the Reply on the public docket (ECF No. 70), and but gave Plaintiff until March 24, 2025 to file objections to Columbia's proposed redactions.  *See* ECF No. 71.  On March 2, 2025, Plaintiff objected via a letter on the public docket, but the letter was not docketed (and therefore not available to the parties, the public, or the Court) until March 5, 2025, after the Court had already sealed the original Reply.  *See* ECF No. 72 ("Plaintiff's Objections").  On March 6, 2024, Columbia filed a response to Plaintiff's Objections via email to chambers and requested that Plaintiff's letter objecting to the proposed redactions itself be redacted.

The Clerk of Court is respectfully directed to place Plaintiff's Objections (ECF No. 72 in No. 23 Civ. 10393, ECF No. 40 in No. 23 Civ. 10394, and ECF No. 57 in No. 23 Civ. 10395) under temporary seal and accessible only to the parties and Court users.  Columbia should file its response to the Objections and a redacted version of Plaintiff's Objections on the public docket.

The Court will resolve the redaction requests in due course.  No further filings from the parties are necessary on these issues.

SO ORDERED.

Dated: March 7, 2025
       New York, New York

_____
DALE E. HO
United States District Judge