UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>        v.<br><br>COLUMBIA UNIVERSITY, et al.,<br><br>                    Defendants. | 23-CV-10393 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On January 3, 2024, non-party Eugene Volokh ("Volokh") filed a motion to intervene and "unseal" the Complaint. *See* ECF No. 15. On May 28, 2024, Plaintiff filed an opposition to Volokh's letter, *see* Pl.'s Opp'n to Non-Party, ECF No. 25, but was subsequently placed under seal. A redacted version of the Plaintiff's opposition was filed on August 7, 2024. *See* ECF No. 39-2. The proposed intervener shall file a reply, if any, to Plaintiff's opposition by **August 16, 2024**.

SO ORDERED.

Dated: August 8, 2024
         New York, New York

                                                              _____
                                                                        DALE E. HO
                                                              United States District Judge