UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,
Plaintiff,
v.
COLUMBIA UNIVERSITY, et al.,
Defendants.

Case No.
     23-cv-10393 (DEH)
     23-cv-10394 (DEH)
     23-cv-10395 (DEH)

LETTER REQUESTING 30-DAY EXTENSION

October 10, 2024

Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ho,

I am writing to respectfully request a 30-day extension to comply with the directives outlined in your recent order [ECF 46] dated September 11, 2024 in the cases of *Doe v. Columbia University* (No. 23-cv-10393-DEH), *Doe v. Hunter* (No. 23-cv-10394-DEH), and *Doe v. Kachalia* (No. 23-cv-10395-DEH).

In your order, you provided me with 30 days to file a motion for leave to amend the complaints in any of the above-captioned cases, should I believe the defects identified in your Opinion and Order may be cured via amended pleadings. However, due to ongoing illness, I am unable to meet this deadline.

As background, I was recently involved in a serious accident and sustained injuries as I previously informed the Court. My symptoms are ongoing and have significantly impacted my ability to work on legal matters and meet court deadlines. My illness requires ongoing treatment and has left me with limited energy and capacity to adequately review the Court's 28-page Order and prepare the necessary filings in response within the current 30-day timeframe.

In light of these circumstances, I am respectfully requesting a 30-day extension of the deadline to file any motions for leave to amend the complaints. This additional time would allow me to

prioritize my health, continue with necessary medical treatment, and adequately address your order.

I understand the importance of moving this case forward and assure the Court that I am diligently working to comply with all directives. However, under the current circumstances, I believe that a 30-day extension is necessary to ensure that I can meet the requirements set forth in your Order.

I greatly appreciate your understanding and consideration of this request. Please be assured that I am making every effort to resolve my health issues and move forward toward resolution of these cases as efficiently as possible.

If you have any questions or require any additional information, please do not hesitate to contact me. I am committed to complying with the Court's directives and appreciate your flexibility during this challenging time.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ JOHN DOE
JOHN DOE
Plaintiff Pro Se