UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.
    23-cv-10393 (DEH)
    23-cv-10394 (DEH)
    23-cv-10395 (DEH)

Dear Judge Ho,

I am the plaintiff in the above-captioned cases. I write to inform the Court of issues with my ECF account and to respectfully request removal of my e-filing privileges.

**Inactive ECF Account**

Upon attempting to file documents electronically, I discovered that my ECF account is currently inactive. Despite being previously granted e-filing privileges by the Court, it appears my account has been deactivated for reasons unknown to me.

This inactive status prevents me from being able to submit filings electronically in compliance with the Court's rules and procedures. As a pro se litigant navigating the complexities of the legal system, this technical obstacle creates a significant hardship in my ability to efficiently advance my case.

**Request for Removal of E-Filing Privileges**

In light of the issues with my ECF account and the challenges I have faced in attempting to utilize the electronic filing system, I respectfully request that the Court remove my e-filing privileges entirely.

As a pro se plaintiff, I have found the e-filing process to be overly complicated and burdensome, detracting from my ability to focus on the substantive aspects of my case. The technical requirements and rigid procedures of the ECF system have proven difficult for me to consistently manage alongside the already demanding task of litigating my claims without legal representation.

Therefore, I believe it would be most efficient and equitable to allow me to revert to traditional paper and email filing methods. Permitting me to submit documents to the Court in this manner would greatly reduce the procedural obstacles I am currently facing and ensure that I can continue to pursue these matters in a timely manner.

I appreciate the Court's understanding of the unique challenges faced by pro se litigants and respectfully request that I be permitted to file and serve documents through email and hard copy

going forward. If the Court requires any further information from me on this matter, I am happy to provide it.

Thank you for your consideration.

Respectfully submitted,

/s/ JOHN DOE
JOHN DOE
Plaintiff Pro Se