UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

          Plaintiff,

v.

COLUMBIA UNIVERSITY, et al,

          Defendant(s).

23-CV-10393 (DEH)

<u>ORDER</u>

---

JOHN DOE,

          Plaintiff,

v.

MARCUS JEREMY HUNTER, et al,

          Defendant(s).

23-CV-10394 (DEH)

<u>ORDER</u>

---

JOHN DOE,

          Plaintiff,

v.

NEEL H. KACHALIA, et al,

          Defendant(s).

23-CV-10395 (DEH)

<u>ORDER</u>

---

DALE E. HO, United States District Judge:

      On November 22, 2024, the Court granted an extension to December 20, 2024 of

Plaintiff's time to file a motion for leave to file an amended complaint. *See John Doe v.*

*Columbia*, No. 23 Civ. 10393, ECF No. 62; *John Doe v. Hunter*, No. 23 Civ. 10394, ECF No.

30; *John Doe v. Kachalia*, No. 23 Civ. 10395, ECF No. 45.  As no motion was received by that

date, these cases are hereby closed.

The Clerk of Court is respectfully requested to terminate the dockets in Nos. 23 Civ.

10393, 23 Civ. 10394, and 23 Civ. 10395.

SO ORDERED.

Dated: January 3, 2025
      New York, New York

_____
DALE E. HO
United States District Judge